UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


G2 SECURE STAFF, LLC,
                         PLAINTIFF,

v.                                                      CIVIL ACTION NO:
                                                       10-10145-MBB

FLOYD WOODS, et al,
                         DEFENDANT.


## <u>ORDER OF DISMISSAL</u>

April 27, 2011


**BOWLER, U.S.M.J.**

        This court having been advised that a Joint Motion for Dismissal in the above-entitled

case  has been filed;

        It is **ORDERED** that this action is hereby **DISMISSED** with prejudice and without costs.

Upon good cause shown, any party may move to reopen the action within NINETY (90) days if

the settlement is not consummated.


                                         /s/ Marianne B. Bowler_____
                                         **MARIANNE B. BOWLER**
                                         United States Magistrate Judge